UNITED STATES DISTRICT COURT
of THE SOUTHERN District
of WEST - Virginia
Bluefield - Division

James Edward Lewis
**Plaintiff/Petitioner (Affiant),**

v.

CASE NO. 1:23-CV-00814
**(To be supplied by Clerk's Office)**

UNited States of America Et, aL
**Defendant(s)/Respondent(s).**

## APPLICATION TO PROCEED IN FORMA PAUPERIS
(prisoner filings)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name; your case number, if known; and the question number. |

_____ 07515-030
**AFFIANT'S SIGNATURE**

_____ 12-15-23
**DATE**

I.   **BRIEF STATEMENT OF THE NATURE OF THE ACTION, DEFENSE OR APPEAL:**

Civil Suit/complaint For Tort F.t.C.A. assault and Buttery Done Jan.10,2022 was outside the Scope of their Employment Prog. Stat. B.O.P. 5566.06; 28 U.S.C. 2680 F.T.C.A. ordinary medical negligence, Bivens Excessive Force. Assault and Buttery January 10, 2022. 8th amendment cruel unusual, Deliberate Jendifference to serious medical need.

**II.    RESIDENCE:**
Affiant's address: Federal Correctional Complex-U.S.P.-1 P.O. Box 1033
(Street)

Coleman                    Florida                    33,521
(City)                     (State)                    (Zip Code)

**III.    MARITAL STATUS:**

1.    Single ✗    Married ____    Separated ____    Divorced ____

2.    If married, spouse's full name: _____

**IV.    DEPENDENTS:**

1.    Number: 0

2.    Relationship to dependent(s): 0

3.    How much money do you contribute to your dependent's support
on a monthly basis? $ 0

**V.    EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1.    Name of employer: NONE

a. Address of employer: _____
(Street)

_____
(City)                    (State)                    (Zip Code)

b. State how long affiant has been (was) employed by present (or last) employer?
Years: 0                    Months: 0

c. Income:    Monthly $ 0                    or    Weekly $ 0

d. What is (was) affiant's job title? N/A

2.    If unemployed, date of last employment: _____

2

3.    Is spouse employed? __NA__ If so, name of employer: _____

_____

    a. Income:    Monthly $ __0__   or  Weekly $_____

    b. What is spouse's job title?  __0_____

4.    Are you and/or your spouse receiving welfare aid?

    If so, amount:    Monthly $_____   or  Weekly $_____

## VI.  FINANCIAL STATUS:

1.    Owner of real property (excluding ordinary household furnishings and clothing):

    a. Description:  __NONE_____

    b. Full address:  _____

                      (Street)

| (City) | (State) | (Zip Code) |
|---|---|---|

    c. In whose name?  _____

    d. Estimated value:          $ __0_____

    e. Total amount owed:        $ __0_____

        Owed to: _____for  $ __0_____

        _____ for  $ __0_____

    f. Annual income from property:  $ __0_____

2.    Other assets/property:

    a. Automobile: Make_____ Model _____

        In whose name registered?  _____

        Present value of car:        $ __0_____

        Amount owed:          $ __0_____

        Owed to:  _____

    b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ __9.93__

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of
self-employment:                                      $  0

Rent payments, interest, or dividends:                $  0

Pensions, annuities, or life insurance payments:      $  0

Gifts or inheritances:                                $  0

Stocks, bonds, or notes:                              $  0

Other sources:                                        $  0

3.   Obligations:

a. Monthly rental on house or apartment:              $  0

b. Monthly mortgage payments on house:                $  0

4.   Other information pertinent to affiant's financial debts and obligations:

| _____N-A_____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| _____N-A_____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| _____N-A_____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain):

_____

_____

_____

4

**VII.   CERTIFICATION AND SIX-MONTH ACCOUNT STATEMENT:**

1.    Date of incarceration:    8-4-2004

2.    Estimated release or parole date:    9-28-2025

3.    **Certificate:** You must submit a Certificate (which is on the last page of this form), completed by the warden or other authorized officer at the place of your confinement, showing the amount of money or securities that you have in any account in the institution.

4.    **Six-month account statement:** If you are a prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding, you must attach to the Certificate a copy of your account statement for your prisoner account for the **six-month period** immediately preceding the filing of the complaint or notice of appeal. The account statement must be obtained from an authorized officer of each prison at which you are or were confined. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **(Notably, if you are a prisoner seeking habeas corpus relief, you are not required to submit a six-month account statement.)**

5.    **Your failure to provide the Certificate or six-month account statement may result in the denial of your motion or dismissal of this action.**

5

# CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT __James Edward Lewis__ has the sum of
(Name of Affiant)

$ __9.93__ as of __12-8-23__ on account to his credit at the
(date)

__FCC Coleman USP 1__ institution where he/she is confined. I further certify that

the above-named prisoner affiant has the following securities to his credit according to the records of

this institution:

_____

_____

_____

_____
Authorized Officer of Institution

6