IN THE UNITED STATES District Court
For The Southern District Court of
WEST- Virginia
Bluefield - Division

James Edward Lewis
Plaintiff

Case Number
Civil Action
1:23- CV- 00814

Vs

United States of America et, al,
Defendant(s)

## Complaint

A. Parties

Plaintiff - James Edward Lewis #07515-030
Federal correctional complex - U.S. P.-1
P.O. Box 1033
Coleman, Florida 33521

B. Parties

Defendant - United States of America, For Federal Torts Claim Act (F.t.cA)
Sued IN It's official capacity - Request Bench Trial.
Actions Were outside Their Scope of Employment 28 U.S.C. 2680(h)

C. Defendant(s) correctional officer C. Via, P. Snyder, and Hedrick.
medical R.N. Robert Alexander For BIVENS 8th
Amendment claims These defendants are Sued IN
Their Individual capacity. Plaintiff Request Jury Trial

Address: Federal correctional Institution F.C.I. mcDowell
P.O. Box 1099
Welch West Virginia 24801.

D. Jurisdiction
This Complaint is Brought Pursuant to 28 U.S.C. 1331(a) which gives this
District Court "original Jurisdiction of all Civil Actions Under the Constitution
Laws, or Treaties of the United States. Plaintiff combines His F.t.CA. 28 U.S.C.
2680(h), 28 U.S.C. 1346 (b)(1) and Bivens vs Six unknown Named Agents of Fed.
Bureau of Narcotics 403 U.S. 388 (1971). Together IN one Suit under one
Filing Fee. Corretional Services vs males Ko 534 U.S. 61 (2001) Carlson vs
Green 446 U.S. 14 (1980).

1 of 17

**E.** <u>Administrative Remedy</u>

Plaintiff Exhausted all Administrative Remedy For F.T.C.A mailing Standard 95 Form To mid-Atlantic Regional Office Tort claim Number <u>TRT-MxR-2022-06202</u>

Plaintiff also Exhausted Bivens Remedy I.D 1132086-R-3 For January 10, 2022 Assault with Excessive Force.

**F.** <u>Federal Tort Claim Act F.T.C.A.</u>
① January 10, 2022 Assault and Battery
② Ordinary medical Negligence.
③ motion For Funds For Polygraph Examination Expert.
④ Plaintiff James Edward Lewis Sues Defendant United States of America In It's official Capacity...

# F.T.C.A. Claim
## I. Assault and Battery January 10, 2022

The Defendant United States of America by And Through It's Federal Bureau of Prison Employees at F.C.I. mcDowell Located In Welch, West Virginia, The United States F.B.O.P Employees Correctional officers (C. Via); P. Snyder, and Hedricks committed The Wrongful Acts against James Lewis of Assault and Battery These Law Enforcement officers with The Intent to Harm absent immenent and Present Danger of Harm To others, Themselves or at Federal Property under the Color of Federal Law and or State Law of West Virginia was Outside The Scope of their Employment. B.O.P. Program Statement 5566.06 Use of Force 28 U.S.C. 2680(h)

**1.** <u>Statement of Facts</u>

After I was assaulted And Battered January 9, 2022 by Correctional officer m. Slaughter At F.C.I. mcDowell, January 10, 2022 The Following Morning Approximately 9:Am Federal Corr. officer or Administrative Staff (C. Via), P. Snyder, and Hedrick came too To my (cell 101) (A-Range) To the DRY cell In The (SHU)

And Told me To "Cuff-up" WE NEED To TaKE Photos of your Injuries From Yesterday (meaning January 9, 2022 Assault and Battery done by m. Slaughter). So I Hobbled to the Cell door Because of the Excruciating Pain From the Injuries A FEW hours Earlier, So I TurnED around In compliance with my Back to the Cell door, which Had a Food Box attached to it and placed my Hands Through the door Slot and One of the Defendants HandCuffED mE with my Hands Behind my Back, Then The defendants opened The Cell door and Escorted mE once again to a open Cell In The open Bay Area of the (SHU) Special Housing unit away From the Cameras once again, and put mE In a Holding Cell and took Pictures of my wrist, ▓▓ with the Blood on Them and open Lesions as well as Swelling. They also took photographs of The Gapeing open Cuts on Both my KnEES and my SwollEN Right GREAT/Big TOE, that at that TimE ▓▓▓▓▓▓ Had BEEN Separated/BROKEN, with The ToE Nail TORN Half-way off, Still Bleeding From Approximately 10 hours Earlier From The January 9, 2022 Assault. SEE January 9th 2022/Lawsuit Case # 1:23 cv-00650 [Refiled]

2. Then Defendant United States of America Prison Employees Correctional officers (Co via), (P. Snyder) and (Hedricks) After Taking Photographs of my Bleeding Injuries Escorted mE Back to The DRy Cell (RANGE-A); (Cell 101). Then Correctional officer (Co via) who weighs 400 plus Pounds and Correctional officer (▓▓▓ P. Snyder) who weighs 350 plus Pounds and Correctional officer Hedrick who weighs 175 pounds Escorted mE away From the Cameras on the Range Towards The SHU Recreation Area Right BEFore you walk Into (A-Range) corridor and Clo. (Co via) Turns To mE Almost Face to Face and presses His ForE Head to the Left-Side of my Face on my CheEK and Stated, "You want to Head-butt staff." (meaning He's Referring to The LiE Clo m. Slaughter Told EveryonE, that I Head-Butted Him and spit In His Face) January 9, 2022. Then Correctional

officer (C. via) Retaliated on behalf of Correctional officer (m. Slaughter) From the statement He made Right Before the Assault.

3. Correctional officer/Administrative officer (C. via) Then put His Right Leg and Foot Into my Path of walking to Trip me, But Because He was to Fat, His First attempt Failed. Then He Tried it again, but This Time or In other words His Second Try He got Help From correctional officer P. Snyder, and Hedricks and They Shoved me Forward with Extreme Force over correctional officer (C. via's) Right Leg where I Fell Face First to the Floor and Striking my Head, and all Three officers Began Savagely Beating me with my Hands Handcuffed Behind my Back. (c/o c. via) was on my Left Side punching me In my Left Rib and Left Side, while (c/o P. Snyder) was Punching me on my Right Side In my Ribs and Back. (c/o Hedricks) was Punching me Everywhere. Then (C/o Hedricks) mounted Himself upon Top of me (Like In the George Floyd death) with Putting His Left Knee Into my Neck and began applying Pressure Trying to Break my Neck or Damage my Spinal Cord, Like Correctional officer m. Slaughter did Approximately 10 hours Earlier on January 9, 2022.

4. After Suffocating me and Beating me until I was Fading In and out of Consciousness, These defendants dragged me Back Into Cell #122 where I Regained consciousness, with dizziness and a migraine From Head Striking the Concrete Floor, along with Blood Flowing out of my wounds From the Prior assault by Correctional officer m. Slaughter January 9, 2022. My Seperated/Broken Toe on my Right Great Toe on my Right Foot and The Toe Nail that was Partially Torn off and Bleeding Has been completely Torn off and Bleeding Non-Stop with Gapeing Cuts and Carpet Burns on my Fore Head From the Indoor/outdoor Floor mat. As I was gaining Consciousness

I Looked From the Holding Cell In The ~~Bay~~ OpEN Bay AREA
I observed (LieuTenant NagyE) who was the SHU Lieutenant ask
(SHU) property officer ~~McCoy~~ McCoy, "Did He want a piece of the
Action"? In which SHU Property officer. Respond, "With No shaking
His Head Laughing." Lieutenant Nagye was the RingleadEr. IN
orchestrating The whole Assault against me, like a U.F.C. Sports
Event. Then After 3or 4 Hours of being Hand-cuffed Behind my
Back, with No Bath Room BREAK, I was Escorted back to the DRy
Cell oN (A-RangE) (Cell-101) with the Food Box Attached To It, By
Lieutenant Nagye and Two other SHU officers Not the ones who
assaulted mE. C. Via, P. SNyder, Hedricks.

5. I was Left In the DRy cell FoR 15 days with No shower, No change of
Clean Clothes, I still Had The same Bloody clothes oN From January
9, 2022. I Had No HygiENE, No medical supplies, No psychological
Treatment Due to the Fact F.C.I. mc Dwell Failed to Hire a psychologist
For mental Health.

6. After. I Had Been IN the DRy cell For 10 days my Right GREat Toe
Became Infected with pus, That was January 19, 2022. SomeTimE
during that Same day of January 19, 2022 Lieutenant Nagye stated,
when He Looked Into the Dey cell window To Taunt mE "Lewis you
Ready to ComE out?" I didN't Respond Back. I was Left In
The DRy cell until January 23, 2022.

7. upoN being Released From the DRy cell January 23, 2022 I discovered
From being Served an Incident Report ~~written~~ written by
C/o. (C. Via) Falsified His Incident Report To cover-up and
TRy To Justify The Assault and Battery by the 3 officers against
Plaintiff January 10, 2022.

8. The Defendant united States of America by and Through It's
Federal BurEau of prison employees C. Via, P. SNyder, Hedricks.

Committed The Wrongful Acts of Assault and Battery WHEN THERE was NO NEED of Physical Force against me James Lewis WHEN I was Already IN compliance. The Defendant United States of America wrongful Acts was the Proximate cause of my Injuries Sustained by the Assault and Battery. And was outside the Scope of Their office or Employment by these wrongfu Acts.

9. The Defendant United States of America by and Through It's Federal Bureau of Prisons Federal Law Enforcement officers Civia, P. SNYder, and Hedrick using Physical Force Absent Imminent and Present danger of Harm To other(s) Themselves, or Federal Property Is AN abuse of Physical Force Then Lieing and Falsifying The Incident That I was Trying to Fight or Act Aggressive Towards Them To Elude by deception From being Held Accountable For Their Wrong Ful Actions is IN Violation of west virginia Laws and **outside the Scope of their Employment.** B.O.P. Bureau of Prisons Program Statement 5566.06 (use of Force). PolyGraph Examiner Expert will Prove I'm Not Lieing And Telling the Truth.

## II. F.T.C.A. Ordinary medical Negligence January 10th 2022

1.) The Defendant United states of America In and Through It's Federal Bureau of Prisons medical Staff Employee R.N. Robert Alexander on January 10, 2022 committed the wrongful act and omission by Disregarding and Failing to Treat Injuries from the Assault and Battery done by correctional officers Covia, P. Snyder, and Hedrick a duty that is owed to the of Plaintiff James Lewis Pursuant to the F.T.C.A. Act 4042(a).

2.) R.N. Robert Alexander Ignoring and disregarding Plaintiffs wounds by Failing to Treat them after observing Them and Examining Them violated 4042(a) F.T.C.A. R.N. Robert Alexanders disregard of Plaintiffs wounds is a Causal Link To plaintiff great Right Toe Nail That was Now completely Torn-off by the Second Assault and Became Infected with pus 10 days Later. Alexander's disregarding and Ignoring the Seperated Right great Toe is a causal Link of Plaintiff's toe To Beginning to Heal In it's dislocated position, and Shakles Constantly Causing Pain to plaintiffs Reopened Reinjured Diabetic Ankle ulcer. These Injuries Happened January 9, 2022 from the First Assault and Battery done by correctional officer m. slaughter And Now Became Exacerbated from January 10, 2022. R.N. Robert Alexander was working under color of Federal LAW, And Breached that Duty owed to me.

## III. Federal Torts Claim Act F.T.C.A. Relief.

1). Wherefore Plaintiff Request that the Court Grant the Following Relief For January 10, 2022 against Defendant United States of America In It's official Capacity And

Declare that the wrongful acts and ommissions of the Defendant united states of America Federal Bureau of Prison Employees Federal Law Enforcement officers (L. Via), (P. Snyder,) and (Hedricks) was outside the 28 U.S.C 2680 Scope of their Employment. B.O.P. Program statement 5566.06 ███ When using physical force against Plaintiff without need or provocation Constituted by the Torts of Assault and Battery. And Declare that the Negligent wrongful Act and ommissions of medical staff R.N. Robert Alexander of Ignoring, Disregarding Plaintiffs serious medical wounds from the Assault and Battery Constitutes a violation of ordinary medical Negligence under west virginia State Law To carry out their Duty of Providing medical Treatment that is owed to the Plaintiff Pursuant to F.t.C.A. 4042 (a). The Defendant united States of America In And Thru It's Law Enforcement officers and medical staff at F.C.I. mcDowells wrongful and Negligent Acts were outside the Scope of their Employement, And R.N. Alexander Breached that Duty owed to Plaintiff

2.) Therefore the Plaintiff Request that this Honorable court Declare that the united states of America In It's official capacity as a Defendant is Liable for ᴮ**1.500,000** ⁰⁰ In Relief of the Amount In Plaintiffs Torts 95 Form / Claim Number TRT- mXR- 2022-06202 For the January 10, 2022 Assault and Battery, ordinary medical Negligence.

## IV. Bivens Constitutional Claims

1.) Eighth Amendment Constitutional violation cruel and unusual Punishment Exlessive Force Assault And Battery by Fed. Corr. officers (L. Via, P. Snyder, Hedricks).

2.) Eighth Amendment Deliberate Indifference To my serious medical Needs of Injuries From Excessive Force Assault and Battery Done by Correctional officers C. Via, P. Snyder, Hedrick January 10, 2022 That Register Nurse **Robert Alexander** Ignored And Failed to Treat Seperated Right great Toe, Completely Torn off Right great Toe Nail, and Reopened Reinjured Diabetic Ankle ulcer on Right Ankle

3). motion For Funds For Polygraph Examiner Expert

4.) Plaintiff sues Correctional officer(s) C. Via, P. Snyder, Hedrick and Register Nurse Robert Alexander In Their Individual Capacity and Request A Jury Trial.

## V. BIVENS EXCESSIVE FORCE Statement of Facts

1.) January 10, 2022 Correctional officers C. Via, P. Snyder, Hedrick violated my 8th Amendment Constitutional Rights Cruel and Unusual Punishment, Excessive Force Assault and Battery. When They used Excessive Force and assault and Battery Against me For malicious and Sadistic Intent to Harm me, When NO Amount of Force was necessary, And Lied and Falsified the disciplinary Incident Report To cover-up and Justify Excessive Force assault and Battery done To me.

2). January 10, 2022 I Plaintiff James Edward Lewis was In Dry (cell # 101) (Range-A) When Correctional officers (C.via) P. Snyder, and Hedricks came to my cell door and told me to cuff-up we need to take photos of your Injuries from yesterday (January 9, 2022 is what He's Referring to) Foot Note.1

3.) So I Hobbled to the door because of the excruciating pain from the Injuries the Night Before or 10 hours Earlier. So I turned around In compliance with my Back to the door slot with the Food Box attached to the door, And I put my Hands through the slot and these officers Hand-cuffed me with my Hands Handcuffed behind my Back. Then they opened the door to the cell and Escorted me once again to an open cell In the open Bay Area of the (SHU) (Special Housing Unit) away from Cameras once again and took Pictures of my Bloody wrist and gapeing Cuts, and Swelling and took photographs of my Knees and my Swollen Right Big Toe and Torn Toe Nail. My Big Toe was Fractured or Sprained. But not the Reopened Diabetic Ankle ulcer.

4.) Then all three correctional officers After taking Photos of my Visable Injuries and Blood Escorted me Back to the Dry cell (A-Range; cell #101). Then Correctional Staff (C.via) who weighs at least 400 pounds and Correctional officer (P. Snyder) who also weighs 350 pounds and correctional officer Hedrick who weighs 175 pounds Escorted me Away from the camera on the Range And towards the (SHU) Recreation area Right Before you walk Into the Hallway / corridor of (A-Range). Then correctional staff (C.via) turns to me Face to Face and pressed His Fore Head up to the Left side of my Face on the Lower side of my cheek and stated, "You want to Head-butt somebody / staff" Note.1 Foot Note-1

5.) THEN c/o C. via Tried to put His Right Leg and Foot Into my path of walking, To Trip me, His First Attempt Failed THeN He Tried It again, But This Time He got Help From correctional officer (Hedrick) and P. Snyder by Pushing me Forward over correctional officer (Co via's) Right Leg where I Fell Face Forward striking my Head on the CONCRETE Floor along with my chest and all THREE officers begaN Savagely Beating me with my Hands Handcuffed Behind my Back.

6.) correctional officer (C. via) was on my Left Side punching me In my left Ribs and all along the Left-Side of my Body, while correctional officer (P. Snyder) was Punching me In the Right-Side of my Ribs and Back and all along my Right side of my Body and correctional officer Hedrick was Punching me Everywhere Knocking the Breath out of me, where I was Fading In and out of consciousness with my Hands behind my Back. THEN c/o Hedricks mounted Himself upon Top of me and put His Left Knee Into my NECK and Began To apply pressure Trying to Break my NECK and Damage my Spinal Cord.

7.) AFTER Beating me For about 5 to 6 minutes until I was almost UNCONSCIOUS They Picked me up and dragged me back To the OPEN Bay Holding CELL # 122 with Blood Flowing out of my Already Bleeding wounds From January 9th 2022. The day Before. My Fracture/Broken Right Big TOE, and THE TOE Nail was completely Torn off down to The NERVE and Bleeding EXCESSIVELY along with my Head, THEN as I began to gain consciousness yet still Fading In and out, I watched From The Holding cell In the Bay Area (Lieutenant of The SHU Nagge) ask SHu property officer mccoy "did He want a piece of the Action?" Lieutenant Nagge was orchestrating the whole EXCESSIVE Force Assault and Battery Incident like A (U.F.C.) ultimate. Fighting Championship Sports Event.

8.) Then After 3 hours of Being Hand-cuffed Behind my Back In the Holding cell In the Bay Area with No Bathroom Break and Bleeding. I was Escorted back to the Dry cell on (A-Range) (Cell #101) with The Food Box Attached to It by Lieutenant Nagye and Two different SHU Correctional officers (unknown) I was Left In The (Dry Cell #101) (A-Range) For 15 days with No Shower, No Change of clothes, I Had The Same Bloody clothes On From January 9, 2022 No medical, No Psychological Treatment. A Reinjured Reopene Ankle ulcer.

9.) January 19, 2022 After I Had been In the Dry Cell For 10 days when B.O.P. Policy States I'm only Suppose to be Held In the Dry Cell For 3 days, any additional days would Need Wardens Approval, After a Review meeting. (SHU) Lieutenant Nagye Stated, "Lewis you Ready to Come out". ? I didn't Respond Back, I was Left In The Dry cell until January 23, 2022. **15 days.**

10.) Upon my Release I was Served a disciplinary Report From A Lieutenant For Correctional officer (C. via) and clearly and immediately Notice it Was Fabricated and False To cover up The Excessive Force Assault and Battery on January 10, 2022.

11.) I will voluntary Submit To a Polygraph Test to prove they Assaulted me with Excessive Force with malicious Sadistic Intent to Cause me Harm That was The Causal Link To All The Injuries Sustained To put me In my place to deter me From Filing grievance against them, And lied about it. When No Amount of Force Was Needed To Force me Into compliance, when I was already In Compliance When I was Placed In Hand-cuffs Behind my Back,

12 of 17

Foot Note. 1   From page 10

12.) Officer C. Via, P. Snyder, and Hedrick Had malicious and Sadistic Intent To Hurt and Harm. Because January 9, 2022 correctional officer M. Slaughter Lied and Told all Staff That I Spit IN His Face and THEN Head-butted Him.

13.) So ON January 10, 2022 The NEXT day After The First Attack ON January 9, 2022. Right Before C. Via, P. Snyder, And Hedrick Attacked me correctional officer <u>C. Via made a statement saying, "You want to Head-butt Somebody" Staff (meaning the LiE correction officer M. slaughter Told EVERY-ONE That I Spit IN His Face and Head-butted Him</u>. So correction officers C. Via, P. Snyder, and Hedrick was Retaliating on behalf of Correctional officer M. slaughter.

14). Correctional officer C. Via Falsified and Fabricated His disciplinary Incident Report Stating, "I was screaming Profanities and Lunged Forward and attempted to pull away From Him (C. Via) and Escorting staff P. Snyder, and Hedrick, and any and all Incident Reports Submitted by other correctional staff To support Correctional officer C. Via's False and Fabricated disciplinary Report To Help Cover-up The EXCESSIVE Force and Assault and Battery shows How deep The Corruption goes. I will TakE a Polygraph Examination.

# VI. <u>Medical Deliberate Indifference</u>
<u>8th Amendment Cruel and unusual Punishment.</u>

1.) January 10, 2022 After I was Assaulted by Correctional officers C. Via, P. Snyder, and Hedrick.

R.N. Robert Alexander acted with Deliberate Indifference with Failing To Treat my Injuries, That were Serious medical needs That He could see with His Trained Eye. He came To the Holding cell after I was beaten by and Dragged back To the Holding cell while I was Trying To gain consciousness but was dizzy and Fading In and out of consciousness. He Looked Into The Holding cell and threw Some creme In a Small package That Looked like 'Neosporen') and some Gauze that Landed on my Chest and Floor.

2.) At that moment is when I began to gain consciousness alot clearer and Looked out of the Holding cell slot, because The Bars Have Plastic attached To them, So staff wouldn't get spit on. and Thats when I saw Lieutenant Nagye Asking the SHU Property officer, "Did He want a piece of the Action" In which He Responded, "Laughing Shaking His Head NO".

3.) I saw R.N. Alexander walking off and go Huddle with them In Having a conversation, while I continued Bleeding, my Right Big Toe Nail was completely Torn off, my Right Big Toe was broken From January 9, 2022 and now the Injury was Exacerbated by this C. Via, P. Snyder, Hedricks attack, and The Reinjured and Reopened Diabetic Ankle ulcer was bleeding Excessively as well as my Torn off Toe Nail.

4.) Then I was escorted Hours Later back To the (Dry Cell 101) (Range-A) WERE I was In Solitary Confinement For 15 days with No medical Treatment, NO Psychological Treatment, NO SHOWER, NO change of Clothes, No cleaning Supplies, I was In Insurmountable Pain Ten days LATER my Big TOE WERE my TOE-Nail Had Been Completely Torn off was Infected with Pus my Big Right TOE was Swollen like a plum, my Ankle Where the Ankle ulcer Had Been Reopened was In Excruciating Pain WHERE I was unable to walk I used the Guaze For that, but the Blood and it weeping made the dressing/Guaze was Filled with Blood, So It became UNUSABLE. I Hobbled To the door and when staff did there Rounds on wednesday I showed the warden, medical staff, Counselor Jones, and Anyone who would listen but all of them Ignored me Some wouldn't Look at me In the CELL.

5.) I Talked To my Cell-mate through the vent along with others He was In Dry Cell 103, A-Range, and HE Told me, "I Saw Everything." Some other Inmates on that Same Range who Had Been there For a while Said, "They are Holding you In that CELL until you Heal-up".

6.) And January 23rd most of my wounds were Almost Healed Except my Big Toe That was beginning to Fuse and Heal In its distocated position.

7.) R.N. medical Staff Robert Alexander acted with deliberate Indifference To my Serious medical needs of Not Treating my wounds From The Beating done by Correctional officers C. Via, P. Snyder, Hedrick. R.N. Robert Alexander was working under The color of Federal LAW when my TOE became Infected, January 10, 2022.

15 of 17

# VII.    BIVENS Claims For Relief

1.) The Actions of Defendants C. Via, P. Snyder, Hedrick In using Physical Force against the Plaintiff James Lewis, without NEED or Provocation was done maliciously and Sadistically and constituted Cruel and unusual Punishment In violation of the Eighth Amendment of the United States Constitution.

2.) The Actions of Defendants Covia, P. Snyder, And Hedrick In using Physical Force against Plaintiff James Lewis without NEED or Provocation Constituted The BIVENS EXcessive Force Assault and Battery under The United States Federal LAW.

3.) The Failure of Defendant Register NuRSE Robert Alexander to provide medical Treatment for His Injuries of A Right great Toe Seperation, torn off Toe-Nail, and ReInjured Reopened Diabetic Right Ankle ulcer After Having Subject Knowledge of Injuries and Then Ignoring them Constitutes Deliberate Indifference to Plaintiffs Serious medical NEEDs In violation of the Eighth Amendment To the united states Constitution.

# VIII.    BiVENS Relief Requested

1.) Wherefore, Plaintiff Requests that the Court Grant the Following Relief:

Issue A declaratory Judgment stating that;

The Physical Abuse of the Plaintiff by defendants Covia, P. Snyder, and Hedricks Violated the Plaintiffs Rights under the Eighth Amendment To The united states Constitution and Constituted EXCESSIVE Force Assault and Battery.

2.) And Issue A Declaration that Defendant R.N. Robert Alexander's Actions In Failing to Provide medical Treatment for or To the Plaintiff violated the Plaintiffs Rights under the 8th Amendment Cruel and unusual Punishment / Deliberate Indifference To Plaintiff Serious medical Needs.

3). Award Compensatory Damages In the Following Amounts $ 300,000.00 Jointly and Severally against Defendants CoVia, P. Snyder, and Hedricks For The Physical Injuries Sustained, as a Result of the Plaintiffs Beating.

4.) Award Compensatory Damages In the Following Amounts $ 400,000.00 Against Defendant R.N. Robert Alexander For The Physical Injuries Resulting From His Failure to Provide medical Treatment to Plaintiff After the Beating.

5.) Award Punitive Damages In the Following Amounts to Punish the Wrong Doers For their misconduct And To Deter Future Similar conduct by others.

1) $ 250,000.00 Against Defendant CoVia
2) $ 250,000.00 Against Defendant P. Snyder
3) $ 250,00.00 Against Defendant Hedrick
4) $ 250,00.00 Against Defendant R.N. Robert Alexander.

<u>Declaration under Penalty of Perjury</u>

Pursuant to 28 U.S.C. § 1746. I Declare under Penalty of Perjury That The Information In this Complaint of the Bivens Claims And F.t.c.A. Claims and all Footnotes are True And Correct,

Date Dec. 15, 2023    Signature James E Lewis #07515-030

Address U.S.P-1 Coleman, Florida 33521
P.O. Box 1033

17 of 17

Respectfully Submitted

/s/ James Lewis