```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

JAMES EDWARD LEWIS,

    Plaintiff,

v.                           CIVIL ACTION NOS. 1:23-00814
                                              1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

### MEMORANDUM OPINION AND ORDER

       Trial of these matters is scheduled for August 28, 2025. By Memorandum Opinion and Order entered July 11, 2025, the court directed Mr. Lewis to inform the court if he required a further continuance because of his medical condition. Nothing has been filed by Mr. Lewis on the court's dockets since that Order. However, because securing Mr. Lewis's presence at trial could possibly interfere with his rehabilitation efforts, the court **DIRECTS** counsel for the United States to reach out to the appropriate personnel at the BOP so that they might inform Mr. Lewis of this Order and obtain his views on whether he can travel to Bluefield for trial on August 28, 2025, and prosecute his cases without a setback to his recovery.

       The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

       **IT IS SO ORDERED** this 13th day of August, 2025.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge