```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

JAMES EDWARD LEWIS,

    Plaintiff,

v.                                 CIVIL ACTION NOS. 1:23-00814
                                                        1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

       Trial of these matters is scheduled for August 28, 2025. By Memorandum Opinion and Order entered August 13, 2025, the court directed counsel for the United States to reach out to the appropriate personnel at the BOP so that they might inform Mr. Lewis of this Order and obtain his views on whether he can travel to Bluefield for trial on August 28, 2025, and prosecute his cases without a setback to his recovery. Counsel for United States did so and, thereafter, the undersigned asked Magistrate Judge Aboulhosn to hold a status conference with plaintiff and counsel for the United States to determine whether the trial should go forward as scheduled.

       Magistrate Judge Aboulhosn held a status conference on August 21, 2025. After hearing from Mr. Lewis and counsel for the United States, Magistrate Judge Aboulhosn recommended that the trial be continued until early spring of 2026. Mr. Lewis

asked for a continuance, indicating that he was not physically able to proceed to trial next week.

For good cause shown, trial of these matters is hereby **CONTINUED** to March 3, 2026, at 9:30 a.m., in Bluefield.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 22nd day of August, 2025.

ENTER:

David A. Faber
Senior United States District Judge