```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

JAMES EDWARD LEWIS,

    Plaintiff,

v.                                CIVIL ACTION NOS. 1:23-00814
                                                    1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for a pretrial status conference in these cases.  See ECF No. 108.  Trial of these matters is currently scheduled for March 3, 2026.  Plaintiff, pro se, filed these cases while an inmate of the Federal Bureau of Prisons ("BOP").  The BOP's Inmate Locator indicates that plaintiff has not been in BOP custody since October 24, 2025.  However, plaintiff's address has not been updated to reflect his release from custody.  Given that plaintiff has had almost three months to update his address, it is unclear whether he intends to prosecute these actions.  Therefore, defendant's motion for a pretrial status conference is **GRANTED** and it is hereby **SCHEDULED** for February 10, 2026, at 1:30 p.m., in Bluefield.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff (at his last known address) and counsel of record.

**IT IS SO ORDERED** this 22nd day of January, 2026.

ENTER:

David A. Faber
Senior United States District Judge