```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

JAMES EDWARD LEWIS,

    Plaintiff,

v.                                    CIVIL ACTION NOS. 1:23-00814
                                                                                                               1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

       On February 17, 2026, the court entered a Memorandum Opinion and Order indicating that if plaintiff failed to appear or otherwise prosecute this action by March 12, 2026, it would grant defendant's motion to dismiss these cases. See ECF No. 111. On March 2, 2026, plaintiff filed a motion in both cases informing the court of his new address and asking for the appointment of counsel, as well as appointment of a polygraph examiner to assist the court. See ECF No. 113. In his motion, plaintiff did not explain why he waited almost six months to update his address or give any reason for failing to appear at the hearing held on February 10, 2026.

       Plaintiff's motion for appointment of counsel and a polygraph expert is **DENIED**. A pretrial status conference is hereby **SCHEDULED** for March 26, 2026, at 2:30 p.m., in **Charleston. Either plaintiff or an attorney on his behalf must**

appear at that conference.  **FAILURE TO APPEAR IN THE ABSENCE OF GOOD CAUSE WILL RESULT IN DISMISSAL OF THESE ACTIONS FOR FAILURE TO PROSECUTE.**

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 5th day of March, 2026.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge

2