IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAMES EDWARD LEWIS,

    Plaintiff,

v.                                              CIVIL ACTION NOS. 1:23-00814
                                                                 1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

On March 26, 2026, the court conducted a status conference in the above-captioned cases which was scheduled by the court's Order of March 5, 2026.  See ECF No. 114.  In that Order, the court informed plaintiff that if neither he nor an attorney acting on his behalf attended this conference, the court would grant a motion pursuant to Fed. R. Civ. P. 41(b), i.e., that failure on the part of Mr. Lewis or an attorney on his behalf to attend this conference may result in dismissal of these actions.

Present at the hearing was Matthew Lindsey, Assistant United States Attorney, counsel for defendant.  Neither Lewis nor an attorney on his behalf was present.  This was the second status conference that Lewis did not attend.  On February 11, 2026, at the first hearing, defendant moved to dismiss these cases, pursuant to Fed. R. Civ. P. 41(b), based upon plaintiff's failure to prosecute or to comply with the order(s) of the

court.  For reasons placed on the record at the hearing, the court **GRANTED** defendant's motion and **DISMISSED** these actions with prejudice based on plaintiff's failure to prosecute. Separate Judgment Orders of even date herewith will be entered.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and plaintiff.

**IT IS SO ORDERED** this 27th day of March, 2026.

ENTER:

David A.  Faber
Senior United States District Judge

2